UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 00-3116

FILED
SCRANTON
OCT - 2 2001
PER _____
DEPUTY CLERK

GARY STEELE
Appellant

v.

J. SCOTT BLACKMAN, INS, District Director for Philadelphia District

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil Action No. 99-cv-01256)
District Judge: Honorable Thomas I. Vanaskie, Chief Judge

Argued September 11, 2000

BEFORE: McKEE, RENDELL and STAPLETON, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued by counsel on September 11, 2000.

On consideration whereof, it is now here ORDERED AND ADJUDGED that the judgment of the said District Court entered January 14, 2000, be and the same is hereby REVERSED. This matter is remanded to the District Court with instructions that

it be returned to the agency so that appellant Steele may submit an application for cancellation of removal in accordance with 8 U.S.C. § 1229b(a). Costs taxed against appellee. All of the above is in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
———————————————
Clerk

DATED: January 2, 2001

Certified as a true copy and issued in lieu of a
formal mandate on September 28, 2001

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit